## AFFIDAVIT IN SUPPORT A CRIMINAL COMPLAINT

I, Austin Johnston, a Special Agent (SA) with the Federal Bureau of Investigation (hereinafter "FBI"), Cleveland Division, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C § 2516. I have been trained in advanced investigative techniques and have satisfied all requirements defined by the Federal Criminal Investigator Classification series established by the U.S. Office of Personnel Management.

2. I, Special Agent Austin Johnston with the Federal Bureau of Investigation (FBI) have been so employed since January 2020. I am currently assigned to the Cleveland Field Office, Canton Resident Agency, Canton, Ohio, Safe Streets Task Force and Violent Crime Squad. While in this role, I have also assisted the divisions Child Exploitation Task Force in the investigation of federal criminal violations related to violent crime against children and the FBI's Innocent Images National Initiative. My responsibilities in this role include enforcing federal criminal statutes, including investigations involving bank robbery, Hobbs Act robberies, firearms violations and investigative matters involving the online sexual exploitation of children. I have received training in the area of child pornography (as defined in 18 U.S.C. § 2256) and child exploitation, and have, as part of my daily duties as a Special Agent assigned investigated violations relating to child exploitation and child pornography, including violations pertaining to the possession, distribution, receipt, advertising, and production of child pornography, in violation of Title 18, United States Code,

–1–

Sections 2251, 2252(a), and 2252A.  As part of my duties as a Special Agent, I have had the opportunity to observe and review numerous examples of child pornography in all forms of media, including electronic and computer media.  I have also participated in the execution of many search warrants, including searches involving child exploitation and child pornography. I have gained experience through training at the FBI Academy in Quantico, Virginia, Cleveland FBI SWAT and everyday work relating to conducting these types of investigations. Prior to the FBI, I was employed by Texas Department of Public Safety, Highway Patrol since 2016.

3. Over the course of my employment as an FBI Special Agent I have conducted and participated in multiple criminal investigations that have resulted in arrests for violent criminal offenses including those involving children. These crimes resulted in subsequent convictions in Federal Courts.

4. This affidavit is being submitted for the limited purpose of establishing probable cause to believe that Denny McKenzie (hereafter referred to as "McKenzie") date of birth March XX, 1957 (redacted), social security number XXX-60-7709 (redacted), residing at XXXX Blough Avenue SW Navarre, OH 44662 (redacted) has violated 18 U.S.C. § 2252(a)(2) – Receipt or Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, and 18 U.S.C. § 2252A(a)(5)(B) – Possession of Child Pornography.

5. The statements in this affidavit are based in part on information and evidence provided by other law enforcement officers, analysis of law enforcement databases, evidence obtained in other state and federal criminal investigations, written reports about this case, examination of records from commercial and FBI databases, administrative subpoenas, the execution of a federal search warrants, voluntarily provided records from communication providers, FBI

–2–

physical surveillance, a search of McKenzie's residence and person, an interview of McKenzie, and on my investigation of this matter. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint.

6. In September 2024, while running investigative inquiries in a law enforcement service used to identify Internet Protocol (IP) addresses suspected of trading Child Sexual Abuse Material (CSAM) via BitTorrent, I observed static IP 24.140.205.101 engaged in the receipt, possession, transportation, and distribution of files with matching MD5 values of known CSAM. The trading of CSAM occurred from on or about April 10, 2021, through October 14, 2024.

7. For example, on August 19, 2024, at 6:47 AM UTC, a device utilizing IP address 24.140.205.101 downloaded a series of CSAM files via BitTorrent. The original investigator that reviewed these files described them as, "pre-pubescent males being sexually assaulted by men." A review of the file names of this batch of CSAM included titles such as, "daddy little son having sex." The file had MD5 value: d2bde6ba2acbb3b3418eab62586e80d0470e7c54. A law enforcement officer that observed this video described it as a 39 minute and 2 second video depicting a pre-pubescent male engaged in multiple sexual encounters with an unidentified male to include oral sex, anal sex, and digital penetration of the minor's anus.

8. During another observed download session, on May 1, 2024, at 5:12 AM UTC, a device utilizing IP address 24.140.205.101 downloaded a series of suspected CSAM files via BitTorrent. The original investigator that reviewed these files described them as, "videos depicting children engaged in sexual acts." A review of the file names of this batch of CSAM included titles

such as, "Dad fucks daughter (13yo) who is pregnant." The file had MD5 value: 418535fbb1f287b7fe25970778f79b402c31fb31. A law enforcement officer that observed the video described it as a 6 minute and 56 second movie. The movie begins by showing an adult male digitally penetrating a female child. The child is seen masturbating the erect penis of the adult male as he lies on a bed before then performing oral sex on the adult male.

9. I observed hundreds of other instances of CSAM transmission either to or from IP address 24.140.205.101. The files described herein are a small sample of the greater available evidence.

10. On September 4, 2024, an administrative subpoena was served to Massillon Cable in reference to IP 24.140.205.101. On September 6, 2024, Massillon Cable responded with the following subscriber information:

**IP ADDRESS 24.140.205.101:**

- Target Details: 24.140.205.101
- Subscriber Name: Mary Jo McKenzie & Denny McKenzie
- Service Address: 6570 Blough Ave SW, Navarre, OH 44662
    - Phone Number: (330) 879-5027, (330) 224-5521
- Account Number: 879528
- Lease Log: Start Date August 9, 1988

11. On or about September 18, 2024, Special Agent Nathan Waryu of the Department of Homeland Security, Douglas, Arizona, provided CSAM evidence obtained from IP address 24.140.205.101 via BitTorrent. SA Waryu utilized a law enforcement tool on BitTorrent to directly

–4–

connect his law enforcement computer and conduct single-source downloads of offered CSAM files directly from IP address 24.140.205.101, and only that IP address. I reviewed the evidence provided by SA Waryu. The evidence provided contained approximately 66,977 files of CSAM material. A sample of the CSAM provided by SA Waryu is contained here:

    a.    **File Name**: Pthc_Jenny 9yo daughter tied up and dog liking her

        i.    **Description:** This file is a 2 minute and 6 second color video depicting a nude prepubescent female with her arms and legs bound. An adult male erect penis is inserted into her mouth while a dog licks her genitalia.

12.    On or about September 20, 2024, Detective John Bartolucci of the Franklin County Sheriff's Office, Columbus, Ohio, provided CSAM evidence obtained from IP address 24.140.205.101 via BitTorrent. Detective Bartolucci utilized a law enforcement tool on BitTorrent to directly connect his law enforcement computer and conduct single-source downloads of offered CSAM files directly from IP address 24.140.205.101, and only that IP address. I reviewed the evidence provided by Detective Bartolucci. The evidence provided contained approximately 104,678 files of CSAM material. A sample of the CSAM provided by Detective Bartolucci is contained here:

    b.    **File Name**: (Pthc) 4yo 8yo 11yo girls complication.mpg.

        i.    **Description**: This file is a 34 minute and 29 second color video depicting a nude toddler having genital to genital and genital to anus sexual intercourse with an adult male.

13.    On or about September 22, 2024, Trooper Justin Craig of the Ohio Department of Public Safety, Toledo, Ohio, provided CSAM evidence obtained from IP address 24.140.205.101 via BitTorrent. Trooper Craig utilized a law enforcement tool on BitTorrent to directly connect his law

enforcement computer and conduct single-source downloads of offered CSAM files directly from IP address 24.140.205.101, and only that IP address. I reviewed the evidence provided by Trooper Craig. The evidence provided contained approximately 150 files of CSAM material. A sample of the CSAM provided by Trooper Craig is contained here:

    c.    **File Name:** Line_Movie_1529812078313.mp4

        i.  **Description**: This file is a 6 second color video depicting an adult male ejaculating into a prepubescent male's mouth.

    14.    On or about October 10, 2024, Sergeant Dale Reising of the Vermilion Police Department, Vermilion, Ohio provided CSAM evidence obtained from IP address 24.140.205.101 via BitTorrent. Sergeant Reising utilized a law enforcement tool on BitTorrent to directly connect his law enforcement computer and conduct single-source downloads of offered CSAM files directly from IP address 24.140.205.101, and only that IP address. I reviewed the evidence provided by Sergeant Reising. The evidence provided contained approximately 123,860 files of CSAM material. A sample of the CSAM provided by Sergeant Reising is contained here:

    d.    **File Name**: 000059.av

        i.  **Description**: This file is a 36 minute and 58 second color video depicting multiple nude prepubescent females (appearing unconscious). An adult male is seen placing his penis inside a female's mouth and ejaculating.

    e.    **File Name**: 000167.avi

        i.  **Description**: This file is a 9 minute and 17 second color video depicting an infant with a pacifier in its mouth. An adult male places his penis in and around the infant's mouth and ejaculates.

15. On October 25, 2024, United States Magistrate Judge Amanda M. Knapp, of the Northern District of Ohio, issued a residential search warrant for XXXX Blough Ave SW, Navarre, OH 44662 (redacted). At approximately 6:10 AM on November 28, 2024, the warrant was executed at the listed residence. Subsequent to the residential search warrant, a consensual interview Denny McKenzie was conducted at his residence. During the course of the interview, McKenzie stated he had a pornography addiction and watched both adult and child pornography regularly. After being married for so many years, McKenzie became curious about alternative forms of pornography. To download child pornography, McKenzie utilized the Tor Browser and searched for pornography with the key word "child porn." McKenzie stated that there were currently folders on McKenzie's desktop computer which contained child pornography, in folder names including "Temp Temp" or "New." Following the interview, SA Johnston located and reviewed the folder labeled "Temp Temp" and confirmed it to contain child pornography. A cursory review of McKenzie's desktop showed at least 400 video files containing titles consistent with child pornography. Two of the files were reviewed and were confirmed to depict child pornography. A sample of the files are as follows:

    i. "ARACELI 11y Paraguay Anal Prepie.webm"

    ii. "Cambodia – 12yo-Fuckedhard.avi"

16. McKenzie stated he used the program "Qtorrent" to download child pornography. McKenzie had a working knowledge of the software and understood that when he downloaded child pornography, he was also uploading it to other users. McKenzie recognized that he was ultimately distributing child pornography to other users.

17. During the initial interview of McKenzie, he frequently minimized his child pornography activity and often only came forward once shown evidence of such activity. For

–7–

example, McKenzie was questioned about his online activity as it related to child pornography. McKenzie stated he occasionally downloaded child pornography and estimated he did so every six months. A review of McKenzie's activity showed activity via Bit Torrent as recent as October 20, 2024, and nearly every month prior, dating back to 2021. During the course of questioning, McKenzie was questioned about having physical sexual contact with minors. McKenzie stated he had not had sexual contact with a minor. Later, however, McKenzie stated he could not recall any such sexual contact, but that it may be in the back of his brain and he was unable to remember it. Thus, McKenzie was inconsistent with his statements surrounds sexual contact with minors.

## CONCLUSION

18. Based on the above information, probable cause exists to believe that Denny McKenzie has violated 18 U.S.C. § 2252(a)(2) – Receipt or Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, and 18 U.S.C. § 2252a(a)(5)(B) – Possession of Child Pornography.

FURTHER AFFIANT SAYETH NOT

_____
Austin Johnston, Special Agent
Federal Bureau of Investigation
Canton, Ohio

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1, on this 28th day of October, 2024 in Canton, Ohio.

_____
AMANDA M. KNAPP
United States Magistrate Judge